| JS 44 (Ecw.7/95) | CIVIL COVER SHEET | |
|---|---|---|
| The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) | | |

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

## DEFENDANTS
FRAME Q, L.L.C.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT **BERGEN**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Jordan M. Anger, AUSA
United States Attorney's Office
970 Broad St., Room 700
Newark, New Jersey 07102
(973)645-2829

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE "X" IN ONE BOX ONLY)

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (FOR DIVERSITY CASES ONLY)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ]1 | [ ]1 | Incorporated or Principal Place | []4 | []4 |
| Citizen of Another State | []2 | []2 | Incorporated and Principal Place of Business in Another State | []5 | []5 |
| Citizen or Subject of a Foreign Country | []3 | []3 | Foreign Nation | []6 | []6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
28 U.S.C. § 1345 - United States as Plaintiff

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUES |
|---|---|---|---|---|---|
| | **PERSONAL INJURY** | **PERSONAL INJURY** | | | |
| [ ] 110 Insurance | [ ] 310 Airplane | [ ] 362 Personal Injury Med. Malpractice | [ ] 610 Agriculture | [ ] 422 Appeal 28 U.S.C. 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury Product Liability | [ ] 620 Other Food & Drug | | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Prod. Liab. | [ ] 625 Drug Related Seizure at Property 21 U.S.C. 881 | [ ] 423 Withdrawal 28 U.S.C. 157 | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | | | [ ] 630 Liquor Laws | | [ ] 450 Commerce/ICC Rates/etc |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | **PERSONAL PROPERTY** | [ ] 640 R.R. & Truck | **PROPERTY RIGHTS** | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 370 Other Fraud | [ ] 650 Airline Regs. | | [ ] 470 Racketeer Influenced Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [ ] 371 Truth in Lending | [ ] 660 Occupational Safety/Health | [ ] 820 Copyrights | [ ] 810 Selective Service |
| [ ] 153 Recovery of Overpayment at Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 380 Other Personal Property Damage | [ ] 690 Other | [ ] 830 Patent | [ ] 850 Securities/ Commodities/ Exchange |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 385 Property Damage Prod. Product Liability | | [ ] 840 Trademark | [ ] 875 Customer Challenge 12 U.S.C. 3140 |
| [X] 190 Other Contract | [ ] 360 Other Personal Injury | | **LABOR** | **SOCIALSECURITY** | [ ] 891 Agricultural Acts |
| [ ] 195 Contract Product Liability | | | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITION** | | [ ] 862 Black Lung(923) | [ ] 893 Environmental Matters |
| | | | [ ] 720 Labor/Mgmt. Relations | [ ] 863 DIWC/DIWW (405(g)) | [ ] 894 Energy Allocation Act |
| | | | | [ ] 864 SSID Title XVI | [ ] 895 Freedom of Information Act |
| | | | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | [ ] 865 RSI (405(g)) | [ ] 900 Appeal of Fee Determ. Under Equal Access to Justice |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence Habeas Corpus: | | **FEDERAL TAX SUITS** | [ ] 950 Constitutionality of State Statutes |
| [ ] 220 Foreclosure | [ ] 442 Employment | | [ ] 740 Railway Labor Act | | |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/Accommodations | [ ] 530 General | | | [ ] 890 Other Statutory Actions |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 535 Death Penalty | [ ] 790 Other Labor Litigation | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | |
| [ ] 290 All Other Real Property | [ ] 440 Other Civil Rights | [ ] 540 Mandamus & Other | [ ] 791 Empl. Ret. Inc. Security Act | [ ] 871 IRS - Third Party 26 U.S.C. 7609 | |
| | | [ ] 550 Other (including 1983 Actions) | | | |

## VI. ORIGIN
[x] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from another district (specify)
[ ] 6 Multidistrict Litigation
[ ] 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
[ ] UNDER F.R.C.P. 23

DEMAND $ _____
CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] YES  [ ] NO

## VII. RELATED CASE(S) IF ANY
(See instructions):

DATE _____

SIGNATURE OF ATTORNEY OF RECORD

Jordan M. Anger, Assistant United States Attorney

CRAIG CARPENITO
United States Attorney
JORDAN M. ANGER
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-645-2829
Fax. 973-645-3210
Email: jordan.anger@usdoj.gov
(FLU:YH)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | **HON.** |
| | : | *Civil Action No.* |
| Plaintiff, | : | **COMPLAINT** |
| v. | : | |
| FRAME Q, L.L.C., | : | |
| Defendant. | : | |

CRAIG CARPENITO, United States Attorney for the District of New Jersey, on behalf of plaintiff, United States of America, for its Complaint against defendant, FRAME Q, L.L.C., says that:

1. This is a civil action brought on behalf of the United States of America and this Court has jurisdiction under the provisions of 28 U.S.C. Section 1345.

2. The defendant resides in Palisades Park, within the state and district of New Jersey.

3. Defendant owes plaintiff the principal sum of $473,178.00, as more fully set forth on the Certificates of Indebtedness attached hereto as Exhibit "A - H".

4. Due demand has been made for payment.

THEREFORE, plaintiff demands judgment against defendant as follows:

a. In the amount of $678,503.01 ($473,178.00.00 principal, $4,918.68 interest accrued through December 13, 2018), $27,146.16 penalties, $160.00 administrative fees, and $173,100.17 Treasury & DOJ fees;

b. Interest to accrue at the rate of 1.000% per annum from December 13, 2018 to date of judgment;

c. Interest from the date of judgment at the legal rate in effect on the date of judgment until paid in full;

d. Costs of suit; and

e. For such other relief as this Court may deem just.

CRAIG CARPENITO
UNITED STATES ATTORNEY

By: *[signature]*
JORDAN M. ANGER
ASSISTANT U.S. ATTORNEY



DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

ACTING ON BEHALF OF
U.S. DEPARTMENT OF LABOR
OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and
Address (es):

Frame Q, L.L.C.
200B Commercial Ave.
Palisades Park, NJ 07650

Treasury Claim No. TRFM26802115

Total debt due United States as of December 13, 2018:
Principal: $25,080.00
Interest (@1.0%,): $    814.13
Penalty (@6.0%,): $  4,759.36
Admin.: $     20.00
Treasury & DOJ fees: $11,067.76
(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), and 28 U.S.C. 527)
TOTAL:  $41,741.25

I certify that the U. S. Department of Labor, Occupational Safety and Health Administration (OSHA) records show that the debtor named above is indebted to the United States in the amount stated above.

The claim arose in connection with three workplace safety violation under the Occupational Safety and Health Act of 1970, 29 U.S.C. 651, et seq. and OSHA regulations at 29 C.F.R. 1926 as noted during a June 8, 2015 OSHA inspection of debtor's 462 2nd Street, Palisades Park, New Jersey work-site.

CERTIFICATION:  Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the U. S. Department of Labor, Occupational Safety and Health Administration.

Date: 12/13/2018

Regina Crisafulli
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service



**DEPARTMENT OF THE TREASURY**
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

ACTING ON BEHALF OF
U.S. DEPARTMENT OF LABOR
OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and
Address (es):

Frame Q, L.L.C.
200B Commercial Ave.
Palisades Park, NJ 07650

Treasury Claim No. TRFM26802111

Total debt due United States as of December 13, 2018:
Principal: $4,400.00
Interest (@1.0%,): $ 32.83
Penalty (@6.0%,): $ 174.98
Admin.: $ 20.00
Treasury & DOJ fees: $1,574.41
(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), and 28 U.S.C. 527)
TOTAL: $6,202.22

I certify that the U. S. Department of Labor, Occupational Safety and Health Administration (OSHA) records show that the debtor named above is indebted to the United States in the amount stated above.

The claim arose in connection with two workplace safety violation under the Occupational Safety and Health Act of 1970, 29 U.S.C. 651, et seq. and OSHA regulations at 29 C.F.R. 1926 as noted during a January 23, 2015 OSHA inspection of debtor's Sherwood Drive work-site, in Paramus, New Jersey.

CERTIFICATION: Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the U. S. Department of Labor, Occupational Safety and Health Administration.

Date: 12/13/2018

Regina Crisafulli
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service



**DEPARTMENT OF THE TREASURY**
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

ACTING ON BEHALF OF
U.S. DEPARTMENT OF LABOR
OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and
Address (es):

Frame Q, L.L.C.
200B Commercial Ave.
Palisades Park, NJ 07650

Treasury Claim No. TRFM26603897

Total debt due United States as of December 13, 2018:
    Principal: $222,697.00
    Interest (@1.0%,): $  1,567.53
    Penalty (@6.0%,): $  8,291.65
    Admin.: $     20.00
    Treasury & DOJ fees: $ 79,123.85
(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), and 28 U.S.C. 527)
    TOTAL: $311,700.03

I certify that the U. S. Department of Labor, Occupational Safety and Health Administration (OSHA) records show that the debtor named above is indebted to the United States in the amount stated above.

The claim arose in connection with two workplace safety violation under the Occupational Safety and Health Act of 1970, 29 U.S.C. 651, et seq. and OSHA regulations at 29 C.F.R. 1926 as noted during an April 21, 2016 OSHA inspection of debtor's 119 Abbott Ave., Palisades Park,, New Jersey Work-site.

CERTIFICATION: Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the U. S. Department of Labor, Occupational Safety and Health Administration.

Date: 12/13/2018

Regina Crisafulli
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service



**DEPARTMENT OF THE TREASURY**
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

ACTING ON BEHALF OF
U.S. DEPARTMENT OF LABOR
OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and
Address (es):

Frame Q, L.L.C.
200B Commercial Ave.
Palisades Park, NJ 07650

Treasury Claim No. TRFM26802165

**Total debt due United States as of December 13, 2018:**
Principal: $153,241.00
Interest (@1.0%,): $ 1,398.76
Penalty (@6.0%,): $ 7,626.36
Admin.: $ 20.00
**Treasury & DOJ fees: $ 55,210.75**
(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), and 28 U.S.C. 527)
TOTAL: $217,496.87

I certify that the U. S. Department of Labor, Occupational Safety and Health Administration (OSHA) records show that the debtor named above is indebted to the United States in the amount stated above.

The claim arose in connection with four workplace safety violation under the Occupational Safety and Health Act of 1970, 29 U.S.C. 651, et seq. and OSHA regulations at 29 C.F.R. 1926 as noted during an April 3, 2017 OSHA inspection of debtor's 2465 6th Street, Fort Lee, New Jersey Work-site.

CERTIFICATION: Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the U. S. Department of Labor, Occupational Safety and Health Administration.

Date: 12/13/2018

Regina Crisafulli
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service

E



**DEPARTMENT OF THE TREASURY**
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

ACTING ON BEHALF OF
U.S. DEPARTMENT OF LABOR
OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and
Address (es):

Frame Q, L.L.C.
200B Commercial Ave.
Palisades Park, NJ 07650

Treasury Claim No. TRFM26802113

Total debt due United States as of December 13, 2018:
Principal: $13,640.00
Interest (@1.0%,): $ 101.77
Penalty (@6.0%,): $ 542.42
Admin.: $ 20.00
Treasury & DOJ fees: $ 4,866.38
(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), and 28 U.S.C. 527)
TOTAL: $19,170.57

I certify that the U. S. Department of Labor, Occupational Safety and Health Administration (OSHA) records show that the debtor named above is indebted to the United States in the amount stated above.

The claim arose in connection with three workplace safety violation under the Occupational Safety and Health Act of 1970, 29 U.S.C. 651, et seq. and OSHA regulations at 29 C.F.R. 1926 as noted during an April 22, 2015 OSHA inspection of debtor's Abbott Boulevard work-site, in Fort Lee, New Jersey.

CERTIFICATION: Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the U. S. Department of Labor, Occupational Safety and Health Administration.

Date: 12/13/2018

Regina Crisafulli
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service

F



**DEPARTMENT OF THE TREASURY**
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

ACTING ON BEHALF OF
U.S. DEPARTMENT OF LABOR
OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and
Address (es):

Frame Q, L.L.C.
200B Commercial Ave.
Palisades Park, NJ 07650

Treasury Claim No. TRFM26802273

Total debt due United States as of December 13, 2018:
    Principal: $14,520.00
    Interest (@1.0%,): $ 156.74
    Penalty (@6.0%,): $ 867.82
    Admin.: $ 20.00
    Treasury & DOJ fees: $ 5,295.16
(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), and 28 U.S.C. 527)
    TOTAL: $20,859.72

I certify that the U. S. Department of Labor, Occupational Safety and Health Administration (OSHA) records show that the debtor named above is indebted to the United States in the amount stated above.

The claim arose in connection with five workplace safety violation under the Occupational Safety and Health Act of 1970, 29 U.S.C. 651, et seq. and OSHA regulations at 29 C.F.R. 1926 as noted during a March 3, 2014 OSHA inspection of debtor's 18 Skyline Drive, Engelwood Cliff, New Jersey work-site.

CERTIFICATION: Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the U. S. Department of Labor, Occupational Safety and Health Administration.

Date: 12/13/18

Regina Crisafulli
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service

9



**DEPARTMENT OF THE TREASURY**
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

ACTING ON BEHALF OF
U.S. DEPARTMENT OF LABOR
OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

Frame Q, L.L.C.
200B Commercial Ave.
Palisades Park, NJ 07650

Treasury Claim No. TRFM26802107

Total debt due United States as of December 13, 2018:
Principal: $20,680.00
Interest (@1.0%,): $ 705.76
Penalty (@6.0%,): $ 4,131.18
Admin.: $ 20.00
Treasury & DOJ fees: $ 9,214.36
(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), and 28 U.S.C. 527)
TOTAL: $34,751.30

I certify that the U. S. Department of Labor, Occupational Safety and Health Administration (OSHA) records show that the debtor named above is indebted to the United States in the amount stated above.

The claim arose in connection with three workplace safety violation under the Occupational Safety and Health Act of 1970, 29 U.S.C. 651, et seq. and OSHA regulations at 29 C.F.R. 1926 as noted during a February 24, 2015 OSHA inspection of debtor's 27 Maple Ave., Mahwah, New Jersey work-site.

CERTIFICATION: Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the U. S. Department of Labor, Occupational Safety and Health Administration.

Date: 12/13/2018

*[Signature]*
Regina Crisafulli
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service



**DEPARTMENT OF THE TREASURY**
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

ACTING ON BEHALF OF
U.S. DEPARTMENT OF LABOR
OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and
Address (es):

Frame Q, L.L.C.
200B Commercial Ave.
Palisades Park, NJ 07650

Treasury Claim No. TRFM26802117

**Total debt due United States as of December 13, 2018:**
   Principal: $18,920.00
   Interest (@1.0%,): $   141.16
   Penalty (@6.0%,): $   752.39
   Admin.: $    20.00
Treasury & DOJ fees: $ 6,747.50
(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), and 28 U.S.C. 527)
   TOTAL: $26,581.05

I certify that the U. S. Department of Labor, Occupational Safety and Health Administration (OSHA) records show that the debtor named above is indebted to the United States in the amount stated above.

The claim arose in connection with two workplace safety violation under the Occupational Safety and Health Act of 1970, 29 U.S.C. 651, et seq. and OSHA regulations at 29 C.F.R. 1926 as noted during a December 22, 2015 OSHA inspection of debtor's 1010/1006 Morningside Lane, Fort Lee, New Jersey Work-site..

CERTIFICATION: Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the U. S. Department of Labor, Occupational Safety and Health Administration.

Date: 12/13/20 18

Regina Crisafulli
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service